```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 UNITED SCENIC ARTISTS, LOCAL USA           :
 829, IATSE,                                :
                                            :
                           Plaintiff,       :
                                            :
              -against-                     :
                                            :
                                            :
 PARADISE SQUARE BROADWAY                   :
 LIMITED PARTNERSHIP, and BERNARD           :
 ABRAMS,                                    :
                                            :
                                            :
                           Defendants.      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/22

22-CV-5704 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 16, 2022, the Clerk of Court issued a certificate of default against Defendant Paradise Square Broadway Limited Partnership, *see* Certificate, Dkt. 15;

WHEREAS on August 16, 2022, Plaintiff applied for a certificate of default against Defendant Bernard Abrams, *see* Dkt. 16, which the Clerk of Court informed Plaintiff was filed deficiently;

WHEREAS Plaintiff has not yet moved for default judgment against Defendant Paradise Square Broadway Limited Partnership or re-applied for a certificate of default against Defendant Bernard Abrams;

IT IS HEREBY ORDERED that Plaintiff must reapply for a certificate of default against Defendant Bernard Abrams not later than **August 29, 2022**, or the Court will dismiss the case against him for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Should the Clerk of Court then issue a certificate of default against Defendant Abrams, Plaintiff must

move for default judgment against both Defendants not later than fourteen days after the Clerk of Court issues the certificate.

      IT IS FURTHER ORDERED that the Initial Pre-Trial Conference currently scheduled for September 9, 2022, at 10:00 a.m. is adjourned *sine die*.

**SO ORDERED.**

**Date: August 26, 2022**
      **New York, New York**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**