USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED SCENIC ARTISTS, LOCAL USA : 
829, IATSE, :
 :
                            Plaintiff, :
 : 22-CV-5704 (VEC)
         -against- :
 : ORDER
 :
PARADISE SQUARE BROADWAY :
LIMITED PARTNERSHIP, and BERNARD :
ABRAMS, :
 :
 :
                         Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 22, 2022, the Court ordered Plaintiff to serve Defendant Bernard Abrams by mail at three Canadian addresses and to reapply for a certificate of default against Abrams not later than Monday, October 3, 2022, Dkt. 25;

    WHEREAS on September 23, 2022, Plaintiff served Abrams at 2 St. Clair Avenue West, Suite 1800, Toronto, ON M4V 1L5, Canada, Dkt. 26; and

    WHEREAS Abrams must answer or move to dismiss by not later than Friday, October 14, 2022, *see* Fed. R. Civ. P. 12(a);

    IT IS HEREBY ORDERED that the deadline for Plaintiff to reapply for a certificate of default against Abrams is adjourned *sine die* pending Abrams's response or lack thereof.

**SO ORDERED.**

Date:  September 29, 2022
         New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**